### STORRS & BEMENT CO. *v.* WINGATE & *a.*

The wife of a co-partner, who at her husband's request signs as surety the promissory note of the firm, is not bound by the contract.

ASSUMPSIT, on the promissory note of a partnership whereof James D. P. Wingate is a member, and of Helen W. Wingate, his wife, who signed the note as surety at her husband's request, and who alone makes defence.

*F. A. Pelton* (of Massachusetts) and *Edwin G. Eastman*, for the plaintiff.

*Thomas Leavitt*, for the defendant.

CARPENTER, J. The contract of a married woman as surety for her husband is invalid. Gen. Laws, *c.* 183, *s.* 12. The fact that another is bound with the defendant's husband for the payment of the note does not render her undertaking any the less a contract of suretyship for him. *Stokell* v. *Kimball*, 59 N. H. 13.

*Judgment for the defendant.*

SMITH, J., did not sit: the others concurred.